DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WING KEI HO** and **KAREN YEH-HO,**
Appellants,

v.

**CITY OF BOYNTON BEACH,**
Appellee.

No. 4D22-479

[April 20, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 50-2019-CA-015764-XXXX-MB.

Wing Kei Ho and Karen Yeh-Ho, Boynton Beach, pro se.

Heather Needelman and Michael D. Cirullo, Jr. of Goren, Cherof, Doody & Ezrol, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***